## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS,

                Petitioner

          v.

HON. FRANCIS T. CHARDO, III, DAUPHIN
COUNTY DISTRICT ATTORNEY,

                Respondent

:   No. 156 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the "King's Bench Matters" is DENIED.